ACCEPTED
01-14-00799-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 6:00:04 PM
CHRISTOPHER PRINE
CLERK



A REGISTERED LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AND COUNSELORS AT LAW

**STEPHEN H. CAGLE, JR.**
**Partner**
*scagle@csj-law.com*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 6:00:04 PM
CHRISTOPHER A. PRINE
Clerk

February 10, 2015

Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Re:   Cause No. 01-14-00799-cv; *Barbara Regina Schlein, Appellant vs. Anthony P. Griffin, Appellee,* In the Court of Appeals for the First District of Texas, Houston, Texas

Dear Mr. Prine:

Appellant Barbara Schlein's Brief was timely filed on February 9, 2015 in the above captioned matter. Subsequently, Appellant noticed several grammatical and typographical errors in the Brief. Appellant therefore asks the Court to accept Appellant's Amended Brief, which corrects these grammatical and typographical errors. Appellant's Amended Brief does not raise any new issues.

Thank you for your assistance and please contact me if you require anything further or have any questions regarding this request.

Sincerely,

/s/ *Stephen H. Cagle, Jr.*

Stephen H. Cagle, Jr.

2302 FANNIN, SUITE 500 ■ HOUSTON, TEXAS 77002          TELEPHONE: (713) 659-7617 ■ FACSIMILE: (713) 659-7641